UNITED STATES of America, Plaintiff–Appellee,

v.

George LYNCH, Defendant–Appellant.

No. 02–7416.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2003.

Decided Jan. 23, 2003.

George Lynch, Appellant Pro Se. Morris Rudolph Parker, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

George Lynch seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Lynch has not made a substantial showing of the denial of a constitutional right. *See United States v. Lynch*, Nos. CR–00–103; CA–02–764–A (E.D.Va. Aug. 29, 2002). Accordingly, we deny a certificate of appealability and dismiss the ap-

peal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*